Julie S. Turner (State Bar No. 191146)
    *turner@turnerboyd.com*
Joshua M. Masur (State Bar No. 203510)
    *masur@turnerboyd.com*
TURNER BOYD LLP
2625 Middlefield Rd. #675
Palo Alto, California 94306
Telephone:  (650) 924-1475
Facsimile:  (650) 472-8028

Attorneys for Plaintiff
ROBERT ATKIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DR. ROBERT ATKIN,<br><br>             Plaintiff,<br><br>       v.<br><br>STEVEN REIBER and MARY REIBER,<br><br>             Defendants. | Case No. 2:09-cv-3483<br><br>**FIRST AMENDED COMPLAINT FOR CORRECTION OF NAMED INVENTORS**<br><br>**(35 U.S.C. § 256)**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Dr. Robert Atkin ("Dr. Atkin"), by and through his undersigned attorneys, pursuant to 35 US.C. § 256, hereby sues defendants Steven Reiber and Mary Reiber (collectively, the "Reibers"), the sole inventors named on and putative owners of U.S. Patents Nos. 6,354,469, 6,651,864, 7,023,802 and 7,125,927 and, for the reasons set forth below, requests that the Court order the Commissioner of Patents and Trademarks of the United States Patent and Trademark Office to correct the patents by adding Dr. Atkin as a co-inventor.

**NATURE OF THE ACTION**

1. Dr. Atkin contributed to the conception of the inventions reflected in US. Patents Nos. 6,354,479 (the "'479 Patent"), 6,651,864 (the "'864 Patent"), 7,032,802 (the "'802 Patent"), and 7,124,927 (the "'927 Patent") (collectively, the "Ceramic Tip Patents"), true and correct copies of which are attached hereto as Exhibits A through D, respectively.  Yet, through omission, inadvertence and/or error, was not named as a co-inventor with the Reibers when the applications

that matured into those patents were filed and issued. Dr. Atkin requests that the Court order the Commissioner of Patents and Trademarks of the U.S. Patent and Trademark Office to correct the Ceramic Tip Patents to add him as co-inventor.

## THE PARTIES

2. Dr. Atkin is an individual who resides in Santa Barbara, California. Dr. Atkin is an internationally respected material scientist whose expertise includes properties and production technology for ceramic materials, semiconductor crystals, and synthetic and natural diamonds. He earned his Doctorate in Material Science and Engineering from the University of California at Berkeley in 1970. Dr. Atkin has been employed by Lawrence Berkeley National Laboratories, IBM Corporation, Quadra Bubble Memory Technology, and, since 1981, exclusively by RA Engineering, Inc.

3. On information and belief, the Reibers are individuals who reside in this district, and who either reside or have their principal place of business in Lincoln, California.

## JURISDICTION AND VENUE

4. This action is brought under 35 U.S.C. § 256 and thus the Court has subject matter jurisdiction over this matter under 28 U.S.C §§ 1331 and 1338.

5. On information and belief, at all times relevant herein, the Reibers have resided in this district. This Court therefore has personal jurisdiction over the Reibers.

6. The venue of this action is properly found in this Court, pursuant to 28 U.S.C. §§ 1391(b) and (c) because the Reibers are subject to personal jurisdiction in this District.

## INTRADISTRICT ASSIGNMENT

7. This is a Property Rights Action under this Court's Assignment Plan, and therefore assignment to the Sacramento Division of the Court is proper pursuant to Civil L.R. 120 and Appendix A to the Civil Local Rules.

## FACTUAL BACKGROUND

8. In late 1998 and early 1999, Dr. Atkin worked with Steven Reiber on the dissipative ceramic bonding tool tips that are the subject of the patents at issue.

9. Dr. Atkin conceived of the materials to be used to comprise the tool tips and the ways

of forming the materials comprising such tips. Dr. Atkin memorialized certain contributions to the invention in a document sent to the patent attorney in charge of prosecuting the patents at issue.

10. Dr. Atkin's written memorialization was reproduced, in whole or part, verbatim or otherwise, in the specifications of the Ceramic Tip Patents and in one or more claims of each such Ceramic Tip Patent.

**COUNT I**
**CORRECTION OF NAMED INVENTOR**
**ON U.S. PATENT NO. 6,354,479**

11. Dr. Atkin hereby incorporates by reference, as though fully set forth herein, the allegations of paragraphs 1 through 10 above.

12. Dr. Atkin made independent conceptual contributions to the inventions described in one or more claims of the '479 Patent, including at least claim 4 of the '479 Patent. Those contributions were communicated to and shared with the Reibers and/or their attorneys prior to the application for the '479 Patent. Accordingly, Dr. Atkin is an inventor of the '479 Patent.

13. Through omission, inadvertence and/or error, Dr. Atkin was not identified as a co-inventor of those inventions on that application, and, as a result, he does not appear as a co-inventor on the corresponding '479 Patent issued by the United States Patent and Trademark Office.

**COUNT II**
**CORRECTION OF NAMED INVENTOR**
**ON U.S. PATENT NO. 6,651,864**

14. Dr. Atkin hereby incorporates by reference, as though fully set forth herein, the allegations of paragraphs 1 through 13 above.

15. Dr. Atkin made independent conceptual contributions to the inventions described in one or more claims of the '864 Patent, including at least claim 18 of the '864 Patent. Those contributions were communicated to and shared with the Reibers and/or their attorneys prior to the application for the '864 Patent. Accordingly, Dr. Atkin is an inventor of the '864 Patent.

16. Through omission, inadvertence and/or error, Dr. Atkin was not identified as a co-inventor of those inventions on that application, and, as a result, he does not appear as a co-inventor on the corresponding '864 Patent issued by the United States Patent and Trademark Office.

**COUNT III**
**CORRECTION OF NAMED INVENTOR**
**ON U.S. PATENT NO. 7,032,802**

17. Dr. Atkin hereby incorporates by reference, as though fully set forth herein, the allegations of paragraphs 1 through 16 above.

18. Dr. Atkin made independent conceptual contributions to the inventions described in one or more claims of the '802 Patent, including at least claim 8 of the '802 Patent. Those contributions were communicated to and shared with the Reibers and/or their attorneys prior to the application for the '802 Patent. Accordingly, Dr. Atkin is an inventor of the '802 Patent.

19. Through omission, inadvertence and/or error, Dr. Atkin was not identified as a co-inventor of those inventions on that application, and, as a result, he does not appear as a co-inventor on the corresponding '802 Patent issued by the United States Patent and Trademark Office.

**COUNT IV**
**CORRECTION OF NAMED INVENTOR**
**ON U.S. PATENT NO. 7,124,927**

20. Dr. Atkin hereby incorporates by reference, as though fully set forth herein, the allegations of paragraphs 1 through 19 above.

21. Dr. Atkin made independent conceptual contributions to the inventions described in one or more claims of the '927 Patent, including at least claim 5 of the '927 Patent. Those contributions were communicated to and shared with the Reibers and/or their attorneys prior to the application for the '927 Patent. Accordingly, Dr. Atkin is an inventor of the '927 Patent.

22. Through omission, inadvertence and/or error, Dr. Atkin was not identified as a co-inventor of those inventions on that application, and, as a result, he does not appear as a co-inventor on the corresponding '927 Patent issued by the United States Patent and Trademark Office.

**JURY DEMAND**

23. Dr. Atkin requests a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Dr. Atkin respectfully requests that this Court:

1. Issue an order directing the Commissioner of Patents and Trademarks of the United States Patent and Trademark Office to correct the Ceramic Tip Patents by adding Dr. Atkin as a co-

inventor thereon;

2. Declare this case to be "exceptional" under 35 U.S.C. § 285 and award Dr. Atkin his reasonable attorneys' fees, expenses, and costs incurred in this action; and

3. Award Dr. Atkin such other and further relief as this Court deems just and proper.

Dated: December 16, 2009                    TURNER BOYD LLP


By: */s/ Joshua M. Masur*
Joshua M. Masur

Attorneys for Plaintiff
DR. ROBERT ATKIN